## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NO. CCB-16-0412** |
| **v.** | : | |
| | : | |
| **DAVID WARREN** | : | |

### ORDER FOR DISMISSAL

On August 16, 2016, the defendant in the above captioned case was charged in a one-count indictment with possession of a firearm after a prior felony conviction in violation of 18 U.S.C. § 922(g).  After a further examination of the evidence, the Government believes that dismissal of the case against the defendant is appropriate.  Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the indictment filed against David Warren in the above captioned case.

STEPHEN M. SCHENNING
Acting United States Attorney


By _____/s/_____
Patricia McLane
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.


_____                    _____
Date                                          Honorable Catherine C. Blake
                                                 United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:      1.  Defendant is not in federal custody.